IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A. R., Jr., A. R., and F. R., minor children,
by their next friend, Teresa Romero,

    Plaintiffs,

v.                                                  Case No. 15-cv-1021 WJ/LAM

BRYAN ACEE, GREGORY WATTERSON,
DAVID KICE, and FEDERAL OFFICERS
JOHN DOES 1-8 in their Individual Capacities,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION REGARDING PRODUCTION OF THIRD PARTY FBI DOCUMENTS

**THIS MATTER** is before the Court on *The Defendants' Consent Motion to Amend the Court's Order Regarding Production of Third Party FBI Documents (Doc. 36)*, filed February 4, 2016. In their motion, Defendants ask the Court to amend the Court's February 2, 2016 order granting in part and denying in part Plaintiffs' motion for expedited discovery [*Doc. 32*] to reflect the parties agreement regarding the subpoena *duces tecum* served on the FBI by Plaintiffs. Upon consideration of the motion and record of the case, the Court finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *The Defendants' Consent Motion to Amend the Court's Order Regarding Production of Third Party FBI Documents (Doc. 36)* is **GRANTED**.

**IT IS FURTHER ORDERED** that the FBI's deadline to produce non-privileged documents responsive to paragraphs 3 and 5 of Plaintiffs' subpoena is extended from **February 9, 2016** to **February 16, 2016**, and the FBI's deadline for serving objections to Plaintiffs' subpoena is extended **to fourteen days from the Court's February 2, 2016 order**.

IT IS SO ORDERED.

*Lourdes A. Martinez*
**LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**

RESPECTFULLY SUBMITTED,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General,
Civil Division

DAMON P. MARTINEZ
United States Attorney
District of New Mexico

RUPA BHATTACHARYYA
Director, Torts Branch

C. SALVATORE D'ALESSIO
Assistant Director, Torts Branch

/s/ Leah Brownlee Taylor, Attorney at Law
LEAH BROWNLEE TAYLOR
United States Department of Justice
Trial Attorney
PO Box 7146
Washington, D.C. 20044
Leah.B.Taylor@usdoj.gov
(201) 616-4325
Attorneys for Defendants Bryan Acee, Gregory Watterson, and David Kice

Approved (***Prior to modification by the Court***) via electronic communication (email), by Attorney Richard Rosenstock, Attorney for the Plaintiffs, on February 4, 2016.

2